UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                      Civil No.11-12917
                                              Honorable George Caram Steeh
                                              Magistrate Mona K. Majoub

vs.

ONE ACER LAPTOP COMPUTER, MODEL 4810TZ-4011
SN: LXPDN0X0459191A55D2000 WITH POWER SUPPLY;
ONE DELL DIMENSION 4400 TOWER SN: 6GQ4B11;

       Defendants *In Rem.*
_____/

**DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE AGAINST  JOSEPH BRODERICK, KYLE BRODERICK AND RHONDA BRODERICK AND ALL PERSONS AND INTERESTED PARTIES AS TO THE DEFENDANT ONE ACER LAPTOP COMPUTER, MODEL 4810TZ-4011 SN: LXPDN0X0459191A55D2000 WITH POWER SUPPLY AND ONE DELL DIMENSION 4400 TOWER SN: 6GQ4B11**

Upon the United States' Motion For Entry of Default Judgment and Final Order of Forfeiture, and the Court being otherwise fully advised in the premise, now, therefore;

**IT IS HEREBY ORDERED** that a Default Judgment and Final Order of Forfeiture against Joseph Broderick, Kyle Broderick and Rhonda Broderick and all persons and interested parties as to the Defendant One Acer Laptop Computer, Model 4810TZ-4011 SN: LXPDN0X0459191A55D2000 with Power Supply and One Dell Dimension 4400 Tower SN: 6GQ4B11, is **GRANTED** and **ENTERED**.

**IT IS FURTHER ORDERED** that any right, title, or ownership interest of Joseph Broderick, Kyle Broderick and Rhonda Broderick and all interested parties, their successors and

assigns, in the Defendant One Acer Laptop Computer, Model 4810TZ-4011 SN: LXPDN0X0459191A55D2000 with Power Supply and One Dell Dimension 4400 Tower SN: 6GQ4B11, is forever **EXTINGUISHED** pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and **FORFEITED** to the United States of America, and that the U.S. Marshals Service is authorized to dispose of the property in accordance with applicable law.

Dated:  December 13, 2011

                        S/George Caram Steeh
                        GEORGE CARAM STEEH
                        UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
December 13, 2011, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk

---